UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY CASE |
| SERVICE STOP, LP, | § | NO. 13-50126 |
| | § | |
| DEBTOR. | § | |

## REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

Commerce Bank, without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, states that it will be represented in this case by Diann M. Bartek of the law firm of Cox Smith Matthews Incorporated.

1.  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Commerce Bank hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor, be served upon its counsel at the following address, electronic mail, telecopy and telephone number:

> COX SMITH MATTHEWS INCORPORATED
> Attention:  Diann M. Bartek
> 1400 N. McColl Road, Suite 204
>  McAllen, Texas 78501
> (956) 984-7400
> (956) 984-7499 (Fax)
> dmbartek@coxsmith.com (E-mail)

2.  Further, pursuant to Rule 2002 of the Bankruptcy Rules, Commerce Bank's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the

4772578.1

foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telecopy, electronic mail or otherwise.

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)


By:  */s/ Diann M. Bartek*
     Diann M. Bartek
     State Bar No. 01838700
     Southern District No. 8659

ATTORNEYS FOR COMMERCE BANK

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, a true and correct copy of the foregoing was served by the Court's CM/ECF Noticing System, United States First Class Mail, postage prepaid, or electronic notice, on the parties listed on the attached Exhibit "A."

*/s/ Diann M. Bartek*
Diann M. Bartek

**Service List**
**Service Stop, LP.**
**Case No. 13-50126**

| | | |
|---|---|---|
| Service Stop, LP<br>1519 Laredo Street<br>Laredo, TX 78040 | U.S. Trustee<br>c/o Stephen Douglas Statham<br>606 N. Carancahua, Ste. 1107<br>Corpus Christi, TX 78401 | Carl Michael Barto<br>Law Office of Carl M. Barto<br>817 Guadalupe Street<br>Laredo, TX 78040 |
| City of Laredo<br>c/o Flores & Saucedo, PLLC<br>5517 McPherson Rd., Ste. 14<br>Laredo, TX 78041-6687 | Laredo Community College<br>c/o Kazen, Meurer & Perez<br>211 Calle Del Norte, Ste. 200<br>Laredo, TX 78041-9130 | United ISD<br>c/o Guillermo Alarcon<br>1302 Washington St.<br>Laredo, TX 78040-4445 |
| Webb County<br>c/o Castillo, Montemayor & Solis, PC<br>7718 McPherson Rd., Ste. F-105<br>Laredo, TX 78045-2815 | Freeman & Castillon<br>c/o Carlos Castillon<br>6909 Springfield Ave., Ste. 300<br>Laredo, TX 78041-2326 | |

Exhibit "A"

4772578.1