IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SERVICE STOP, LP | § | CASE NO. 13-50126 |
| C.D.C., INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**NOTICE OF APPEARANCE**
**AND**
**REQUEST FOR NOTICE**

TO THE HONORABLE JUDGE OF SAID COURT:

  NOW COMES THE LAREDO COMMUNITY COLLEGE, and file it's Notice of Appearance and Request for Notice and would show as follows:

  1. On or about July 1, 2013, Service Stop, LP, (Debtors) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

  2. George R. Meurer, and/or Sigifredo Perez, III, of the law firm of Kazen, Meurer & Perez L.L.P. are the attorneys of record for The Laredo Community College, as creditors in the above entitled and numbered case.

  3. The undersigned, on behalf of The Laredo Community College hereby request that all notices given or required to be given in this case and all papers served as required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below:

George R. Meurer
Sigifredo Perez, III
Kazen, Meurer & Perez
211 Calle Del Norte, Ste 200
P. O. Box 6237
Laredo, Texas 78042
(956) 712-1600- Telephone
(956) 712-1628- Facsimile

The foregoing request includes the notices and papers referred to and specified above, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, notices, petitions, pleadings or requests, and any other documents brought in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telefax, or otherwise.

Respectfully submitted

**KAZEN, MEURER & PEREZ L.L.P**

/s/ GEORGE R. MEURER
GEORGE RUSSELL MEURER
State Bar of TX. No.: 00784596
Federal I.D. No. 16320
SIGIFREDO PEREZ, III
State Bar of TX. No.: 00784747
Federal I.D. No.: 17422
211 Calle Del Norte, Ste 200
P. O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 - Telephone
(956) 712-1628 - Facsimile
Attorneys for The Laredo Community College

## **CERTIFICATE OF SERVICE**

      A copy of the NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS was mailed to all parties on the attached service list by regular mail - first class, on the 6th day of June, 2012.

 

                                        /s/ GEORGE R. MEURER  
                                        GEORGE RUSSELL MEURER

# Service List

SERVICE STOP, LP
1519 LAREDO ST.
LAREDO, TEXAS 78040

CARL M .BARTO
LAW OFFICE OF CARL M. BARTO
817 GUADALUPE ST.
LAREDO, TEXAS 78040

CASTILLO, MONTEMAYOR & SOLIS PC
C/O WEBB COUNTY
7718 MCHPERSON RD, STE F-105
LAREDO, TEXAS 78045

FLORES & SAUCEDO, PLLC
C/O CITY OF LAREDO
5517 MCPHERSON RD, STE 14
LAREDO, TEXAS 78041

HALL QUINTANILLA & ALARCON
C/O UISD
1302 WAHSINGTON
LAREDO, TEXAS 78041