IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-50126 |
| SERVICE STOP, LP, | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE CITY OF LAREDO, and files this it's Notice of Appearance and Request for Notice and would show as follows:

1. On or about July 1, 2013, Service Stop, LP, (Debtor(s)) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Christina Flores, of the law firm Flores & Saucedo, PLLC is the attorney of record for the City of Laredo, a creditor in the above entitled and numbered case.

3. The undersigned, on behalf of the City of Laredo hereby request that all notices given or required to be given in this case and all papers served as required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below:

Christina Flores
Flores & Saucedo, PLLC
5517 McPherson, Ste. 14
Laredo, Texas 78041
Office (956) 728-7474
Fax (956) 728-7406

The foregoing request includes the notices and papers referred to and specified above, and also includes, without limitation, notices of any orders, applications, complaints, demands,

hearings, notices, petitions, pleadings or requests, and any other documents brought in this case, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telefax, or otherwise.

                                              Respectfully Submitted

                                              **FLORES & SAUCEDO, PLLC**

                                              */s/ Christina Flores*  
                                              CHRISTINA FLORES  
                                              State Bar of Texas No.: 50511866  
                                              Federal I.D. No. 26773  
                                              5517 McPherson, Ste. 14  
                                              Laredo, Texas 78041  
                                              Office (956) 728-7474  
                                              Fax (956) 728-7406

                                              **ATTORNEYS FOR THE CITY OF LAREDO**

## CERTIFICATE OF SERVICE

A copy of the NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS was mailed to all parties on the attached service list by regular mail – first class, on the 7th day of February 2014.

**FLORES & SAUCEDO, PLLC**

*/s/ Christina Flores*
CHRISTINA FLORES

## SERVICE LIST

Carl Michael Barto
Law Office of Carl M. Barto
817 Guadalupe St.
Laredo, TX 78040
956-725-7500
Fax : 956-722-6739

US trustee
606 N Carancahua
Corpus Chirsti, TX 78401

COUNTY OF WEBB:
CASTILLO, MONTEMAYOR & SOLIS, P. C.
7718 MCPHERSON RD., STE F-105
LAREDO, TEXAS 78045

LAREDO COMMUNITY COLLEGE &
LAREDO INDEPENDENT SCHOOL DISTRICT:
KAZEN, MEURER & PEREZ
211 CALLE DEL NORTE
LAREDO, TEXAS 78041

UNITED INDEPENDENT SCHOOL DISTRICT:
ALARCON & SAENZ, P. L. L. C.
1302 WASHINGTON ST.
LAREDO, TEXAS 78040