

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
03/25/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE STOP, LP | § | CASE NO. 13-50126-L-11 |
| | § | |
| Debtor. | § | JUDGE DAVID R. JONES |

### ORDER AUTHORIZING NUNC PRO TUNC EMPLOYMENT OF BANKRUPTCY COUNSEL
(Docket No. 41)

CAME ON FOR CONSIDERATION the Application by Service Stop, LP, Debtor and Debtor-in-Possession, for Authority Nunc Pro Tunc to Employ Bankruptcy Counsel, and after notice to all necessary parties and the Court having examined the Application and the attached Affidavit and being satisfied that the Application is in good order, that the Bankruptcy Counsel represents no adverse interest to the Debtor and should be in all wise granted, it is hereby

ORDERED, that the Application of Service Stop, LP to employ Carl M. Barto as bankruptcy counsel is APPROVED

Signed: March 24, 2014.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE