**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| SERVICE STOP, L.P. | § | 13-50126-L2-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**TRUSTEE'S MOTION FOR AN ORDER UNDER 11 U.S.C. § 506(c) SURCHARGING COLLATERAL AND GRANTING RELATED RELIEF**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**A HEARING WILL BE CONDUCTED ON THIS MOTION ON APRIL 17, 2015, AT 10:30 A.M. IN COURTROOM 3C, 1300 VICTORIA STREET, LAREDO, TEXAS 78040.**

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

  Elizabeth M. Guffy, as the Chapter 11 Trustee for Service Stop, LP (the "Trustee"), files this Motion for an Order Under 11 U.S.C. § 506(c) Surcharging Collateral and Granting Related Relief (the "Motion"), and in support thereof states the following:

## I.     SUMMARY

1.     In November of 2013, five months into this bankruptcy, Commerce Bank sought relief from the automatic stay, and the stay was lifted in January 2014. Though Commerce Bank posted the Debtor's property for foreclosure on multiple occasions, it chose not to go through with a foreclosure. Instead, having determined that an orderly liquidation of the Debtor's assets was in the best interests of the estate and its creditors, Commerce Bank filed a motion in May of 2014 seeking conversion of the case to chapter 7. A few months later, Commerce Bank made an oral motion to appoint a chapter 11 trustee. Fourteen months after the Petition Date, the Trustee was appointed at the behest of Commerce Bank.

2.     Since her appointment, the Trustee and her professionals have provided services and incurred costs to preserve, and dispose of, Commerce Bank's collateral. The Trustee requests an Order under 11 U.S.C. § 506(c) authorizing a surcharge of the property securing Commerce Bank's claims against the Debtor, or alternatively, an order obligating Commerce Bank to otherwise satisfy any surcharge awarded.

## II.     JURISDICTION, VENUE, AND BASIS FOR RELIEF

3.     This Court has jurisdiction over this Motion and the requested relief under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b).

4.     The relief requested is pursuant to 11 U.S.C. § 506(c) and Bankruptcy Rule 9014.

## III.     BACKGROUND

5.     On July 1, 2013, Service Stop, LP (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq*. The Debtor remained in possession and continued to operate the business until the appointment of a chapter 11 trustee.

6. On August 11, 2014, the US Trustee for the Southern District of Texas was ordered to appoint a disinterested person to serve as chapter 11 trustee.

7. On August 13, 2014, an order was signed approving the appointment of Elizabeth M. Guffy as Chapter 11 Trustee for this case.

8. Since her appointment, the Trustee has performed all duties required of her as chapter 11 trustee, including without limitation:

   a. Investigating the acts, conduct, assets, liabilities and financial condition of the Debtor;

   b. Investigating the status and viability of the Debtor's business operations and the desirability of continuing those operations;

   c. Considering all matters relevant to whether to a plan of reorganization or liquidation should be pursued;

   d. Determining, after careful consideration, that the best interests of the estate and its creditors would be served by pursuing a sale of the Debtor's business as a going concern and implementing Court-approved auction and sale procedures set forth in the Bidding Procedures Order [Dkt. No. 126];

   e. Preparing and filing a Status Report of the Trustee's investigation and conclusions. [Dkt. No. 110]; and

   f. Discovering that the Debtor had been allowed to go without critical insurance coverage for a significant period of time. The Trustee promptly obtained insurance coverage in the form of a package policy providing various necessary coverages to protect the business and the estate.

9. To assist in the performance of her duties, the Trustee filed her Application to Employ Stout Risius Ross, Inc. ("SRR") as Financial Advisors on August 20, 2014. [Dkt. No. 87]. The Court granted the application on September 16, 2014. [Dkt. No. 92].

10. Once it was determined that a sale of the Debtor's business should be pursued, the Trustee filed her Application to Employ Walker Wilcox Matousek, LLP ("WWM") as her legal advisors. The Court granted the application on October 30, 2014. [Dkt. No. 101].

## IV.   RELEVANT FACTS

11. Once the Trustee determined that a sale of the Debtor's business as a going concern was in the best interests of the estate and its creditors, the Trustee worked with her advisors to develop a strategy for the marketing and sale of the business designed to yield the highest returns for the estate. The Trustee then prepared and filed her motion seeking approval of the auction and sale process. Pursuant to the schedule and requirements set forth in the Bidding Procedures Order, the Trustee, together with her legal and financial advisors, implemented a marketing plan for the Debtor's business, prepared and regularly updated a data room, communicated with numerous potential bidders and performed all other actions reasonably likely to attract potential bidders and increase the ultimate sale price for the Debtor's business.

12. The Trustee received four bids for the Debtor's business, including the credit bid submitted by Commerce Bank. The auction and sale hearing are scheduled for March 20, 2015. Based on the existing bids, but subject to the results of the auction, it is unclear whether sufficient proceeds will be realized from the sale of the business to pay all secured and administrative claims against the estate, including projected administrative expenses to conclude the plan process following the sale.

13. Commerce Bank asserts that it holds, as of February 2015, secured claims against the estate totaling $2,582,458.97.

14. In addition, various tax authorities have asserted secured claims against the estate for unpaid pre-petition ad valorem property taxes totaling approximately $284,285.00, and assuming additional accrual of interest and penalties, the taxing authorities asserted pre-petition claims are estimated to be approximately $296,147.00.

15. The professional fees incurred by SRR from August 2014 through February of 2015 total $152,582.70,[1] and the fees incurred by WWM from October 2014 through February 2015 total $81,430.50, plus $2,525.52 in expenses. Subject to final allowance by the Court, these fees and expenses constitute administrative expenses that benefitted the estate and were necessary to protect and preserve, and dispose of, the estate assets that serve as collateral for Commerce Bank's claims. The Trustee estimates an additional $165,000 in legal and financial advisor fees may be incurred through the conclusion of this case following the sale.

16. The Trustee's compensation under 11 U.S.C. § 326 also constitutes an administrative expense. Through January 2015, the Trustee disbursed $2,593,887.57 for which the Trustee is entitled to compensation in the amount of $102,566.63. Depending on the amount received in the sale, the total compensation owed to the Trustee under § 326 is expected to reach approximately $200,000.00.

---

[1] Since its engagement, SRR has performed numerous services critical to the Trustee's performance of her duties. SRR's first priority was to undertake a feasibility analysis of the Debtor's business, to determine whether continued operations were warranted and whether the Trustee should pursue a reorganization or a liquidation. SRR made two initial trips to Laredo to meet with Debtor's management and assess the viability and condition of the business. SRR identified and worked to address problems it found with the Debtor's bookkeeping practices, including: inaccurate and disorganized records, expenses that were incorrectly recorded or not recorded at all, the post-petition payment of pre-petition liabilities, the failure to record and pay property and payroll taxes, the use of Debtor's funds by Patricia Jacaman for personal expenses, and several other problems. These bookkeeping problems spilled over into the Debtor's MORs. The MORs filed prior to the Trustee's appointment included non-debtor income and were woefully incomplete and inaccurate because of the numerous bookkeeping problems described above. SRR worked extensively with Debtor's management on the proper preparation of the MORs, profit and loss statements and balance sheets, but management proved incapable of, or unwilling, to provide proper reports and supporting records. SRR was required to assume responsibility for the preparation of the MORs going forward, which has proved to be a difficult and time-consuming task. SRR found that preparing the MORs required a trip to Laredo to meet with management. Preparing the MORs from Houston proved to be inefficient and impractical given the issues with the Debtor's financial records. SRR has also provided extensive and critical services to the Trustee in connection with the ongoing sale process.

17. In addition, the Trustee estimates that current post-petition tax obligations total $137,700.02, which includes $61,083.15 in payroll taxes and $76,616.87 in ad valorem property taxes.

## V. RELIEF REQUESTED

18. The relief requested in this Motion is authorized by 11 U.S.C. § 506(c), which provides the "Trustee may recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim, including the payment of all ad valorem property taxes with respect to the property." 11 U.S.C. § 506(c).

19. The legislative statement accompanying § 506(c) provides that the purpose of this section is the ensure that "[a]ny time the trustee . . . expends money to provide for the reasonable and necessary cost and expenses of preserving or disposing of a secured creditor's collateral, the trustee or debtor in possession is entitled to recover such expenses from the secured party or from the property securing an allowed secured claim held by such party."

20. The requirements for approving a § 506(c) surcharge are that the expenditures were necessary, the amounts expended were reasonable, and the creditor to be surcharged benefitted from the expenses. *Matter of Senior-G & A Operating Co., Inc.*, 957 F.2d 1290, 1298-99 (5th Cir. 1992). Each of these requirements is satisfied here.

21. The costs and expenses incurred by the Trustee since her appointment have all been reasonable and necessary to preserve and/or dispose of Commerce Bank's collateral, and such expenses have been an actual benefit to Commerce Bank. Accordingly, the Trustee should be granted a surcharge against Commerce Bank or its collateral to the full extent of those costs and expenses. Likewise, all additional costs and expenses to be incurred by the Trustee in concluding this case post-sale, will be incurred in connection with the disposition of Commerce Bank's collateral and will provide a benefit to the bank.

22. Commerce Bank's actions and positions during this case strongly support the Trustee's request, as it was Commerce Bank that chose to allow the bankruptcy to continue in chapter 11 by electing not to enforce its foreclosure rights after the stay was lifted. And it was Commerce Bank that moved for the appointment of a chapter 11 trustee. As shown below, instead of taking upon itself the cost and risk of preserving and disposing of its collateral, Commerce Bank chose to have the Trustee perform those duties for the Bank's benefit. That is precisely what the Trustee has done.

23. First, Commerce Bank filed its Motion for Relief from Stay on November 15, 2013, alleging repeated events of post-petition default by the Debtor and making other relevant contentions. [Dkt. No. 17]. For example, the Bank alleged the Debtor was continuing to use the Bank's cash collateral without approval from the Court. [Dkt. No. 17, p. 7]. Docket entry No. 12 indicates that the issue of the use of cash collateral was also raised in Court at a hearing on August 16, 2013, during which the Court directed counsel and the Bank to discuss the issue and file a motion seeking appropriate relief if necessary. The issue was not raised again. The Bank has been aware of the Debtor's use of cash collateral since at least August of 2013, but the Bank has taken no action to address any concerns it may have had. The Bank knew its collateral was being used to fund the Debtor's operations.

24. Perhaps more importantly, in the Stay Relief Motion the Bank also alleged that the Debtor had no equity in the properties securing the Bank's claims. [Dkt. No. 17, p. 11]. Because the Bank believed there was no equity in the properties, the Bank necessarily knew that its collateral would be the only potential source of funding for the estate. The Bank also knew that a request for surcharge under 11 U.S.C. § 506(c) would likely be made, yet it continued through its silence to consent to the use of its collateral.

25. Second, although the Bank's Stay Relief Motion was granted on January 8, 2014 [Dkt. No. 34], the Bank has taken no action to foreclose or otherwise recover its collateral since that order was entered. If the Bank desired to avoid the additional costs and fees that would be incurred by the estate, it could have

7

enforced its rights under the Stay Relief Order and foreclosed its lien on the collateral. It elected not to do so.

26. Notably, on January 17, 2014, little over a week after the Stay Relief Order was entered, the Bank filed a Notice of Default reporting additional events of default by the Debtor. [Dkt. No. 38]. The Bank noted that the stay had been lifted and that it was free to pursue all of its available remedies, including foreclosure, without notice to the Debtor or opportunity to cure. *Id.* Fourteen months have passed since the Notice of Default was filed, yet the Bank has taken no action to enforce its available remedies.[2] By its inaction, the Bank has consented to the continued operation of the Debtor's business in bankruptcy, and it should be deemed to have likewise consented to the use of its cash collateral to fund this case.

27. Third, on May 7, 2014, in the face of continuing alleged defaults by the Debtor, and instead of foreclosing its liens, the Bank filed its Motion to Convert Case to Chapter 7. [Dkt. No. 59] In that Motion, the Bank argued the Debtor could not propose any feasible plan of reorganization, and that an orderly liquidation of the Debtor's assets was in the best interests of all creditors of the estate. [Dkt. No. 59, p. 6].

28. Finally, on August 8, 2014, the Bank made an oral motion for the appointment of a chapter 11 trustee. *See* Dkt. No. 81, Order Appointing Chapter 11 Trustee. Thus, the Trustee was appointed at the behest of the Bank. The Bank knew the Trustee would incur costs in the ongoing operation and administration of the Debtor's business and its estate, including costs and fees of professionals like Stout Risius Ross, Inc. and Walker Wilcox Matousek, LLP. As noted above, the Bank believed as early as May of 2014 that an orderly liquidation of the Debtor's assets was in the best interest of the estate and its creditors, and that is precisely the course of action that has been undertaken by the Trustee.

---

[2] Although the Bank apparently posted the properties for foreclosure numerous times, the Bank always passed the foreclosure dates based on various agreements and discussions with the Debtor and its counsel.

29. By choosing not to enforce its non-bankruptcy remedies and thereby allowing the Debtor to remain in Chapter 11, including seeking the appointment of the Trustee, the Bank has allowed this case to continue. The Bank chose this course of action by foregoing its right to foreclose on the Debtor's only assets. In doing so, the Bank elected to have the estate to bear the costs of preserving and protecting, and disposing of, the Bank's collateral. This is precisely the circumstance for which § 506(c) was intended, and the Trustee's Motion should be granted.

WHEREFORE, the Trustee respectfully requests that this Court grant the foregoing Motion and enter an Order: (i) providing for a surcharge against Commerce Bank and the property securing Commerce Bank's claims, up to the full amount of all allowed professional fees and expenses, all trustee fees owed under 11 U.S.C. § 326, and all post-petition ad valorem taxes owed by the estate, and (ii) and granting all other relief as deemed just and proper.

DATED: March 18, 2015

Respectfully submitted,

By: /s/ Tony L. Draper
Tony L. Draper
Texas State Bar No. 00798156
WALKER WILCOX MATOUSEK, LLP
1001 McKinney, Suite 2000
Houston, Texas 77002
Telephone: (713) 343-6556
Facsimile: (713) 343-6571
tdraper@wwmlawyers.com

**COUNSEL FOR ELIZABETH M. GUFFY, CHAPTER 11 TRUSTEE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2015 a true and correct copy of the foregoing pleading was served electronically on all parties registered for service through the Court's ECF system and on March 19, 2015 by first class mail, postage prepaid, on the parties on the attached service list.

                                        */s/ Tony L. Draper*
                                         Tony L. Draper

Service Stop Notice Parties

| Party | Contact Person | Contact Firm | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Commerce Bank | Diann M. Bartek | Cox Smith Matthews Incorporated | 1400 N. McColl Road | Suite 204 | McAllen | Texas | 78501 |
| US Trustee | Hector Duran | | 515 Rusk | Suite 3516 | Houston | Texas | 77002 |
| US Trustee | Stephen Statham | | 515 Rusk | Suite 3516 | Houston | Texas | 77002 |
| 1st CHOICE MERCHANT SOLUTIONS | | First Data Processing | 1202 E. Del Mar Blvd | | Laredo | Texas | 78041 |
| A TO Z | | | 2310 E. Saunders St | | Laredo | Texas | 78044 |
| A TO Z TIRES | | | 2310 E. Saunders St | | Laredo | Texas | 78044 |
| ADVANCED AUTO PARTS | | | 3219 San Bernardo Ave | | Laredo | Texas | 78044 |
| AMERICAN EXPRESS | | | P.O. Box 297804 | | Fort Lauderdale | Florida | 33329-7804 |
| AMERICAN GENERAL | | | 3210 Loop 20 | Suite 6 | Laredo | Texas | 78043 |
| ARMSTRONG MCCALL OF LAREDO | | | 3717 McClelland Ave | | Laredo | Texas | 78043 |
| AT&T | | | PO BOX 5001 | | CAROL STREAM | IL | 60197-5001 |
| BBVA COMPASS BANK | | | 102 Del Ct | | Laredo | Texas | 78043 |
| CENTERPOINT ENERGY | | | PO BOX 4981 | | HOUSTON TX | Texas | 77210-4981 |
| CHAMPION CARE | | | 1419 Market St | | Laredo | Texas | 78043 |
| CITY OF LAREDO | ATTN: MARY ANN JIMENEZ | | P.O. BOX 2337 | | Laredo | Texas | 78044-2337 |
| CITY OF LAREDO HEALTH DPT | ATTN: MARY ANN JIMENEZ | | P.O. BOX 2337 | | Laredo | Texas | 78044-2337 |
| CITY OF LAREDO TAX ASSESSOR-COLLECTOR | | | P.O. BOX 6548 | | Laredo | Texas | 78042-6548 |
| CITY OF LAREDO TAX DEPT. | | | P.O. BOX 6548 | | Laredo | Texas | 78042-6548 |
| CITY OF LAREDO UTILITES | | | PO BOX 6548 | | Laredo | Texas | 78042 |
| Deluxe Business Checks & Solutions | | | PO BOX 64468 | | St. Paul | MN | 55164-4468 |
| DIRECT ENERGY | | | 1001 Liberty Ave | | PITTSBURGH | PA | 15222 |
| DIRECT TV | | | PO BOX 78626 | | PHOENIX | AZ | 85062-8626 |
| DISCOUNT TIRE | | | 7301 McPherson Rd | | Laredo | Texas | 78041 |
| Texas Department of Public Safety | MOTOR VEHICLE INSPECTION CERTIFICATES | | P O Box 4087 | | AUSTIN | Texas | 78773-0001 |
| DUANE ROSS | | | 1049 COUNTY ROAD 3651 | | SANDIA | Texas | 78383 |
| EIV GROUP INC | | | 2901 San Dario Ave | | Laredo | Texas | 78040 |
| ERNESTO DOMINGUEZ CPA | | | 9901 McPherson Rd | | Laredo | Texas | 78045 |
| EZ DISTRIBUTION | | | 512 MERLIN RD | | Laredo | Texas | 78041 |
| FDGL LEASE PAYMENT | | | 5565 Glenridge Connector Ne | | Atlanta | GA | 30342 |
| FIRESTONE | | | Payment Center PO Box 403727 | | Atlanta | GA | 30384-3727 |
| FIRST CHOICE POWER | | | 12 Greenway Plaza | Suite 250 | Houston | Texas | 77046 |
| FULL SERVICE | | | 4737 BROOM ST. | | SAN ANTONIO | | 78217-3708 |
| GRAINGER | | | 610 Gale St | | Laredo | Texas | 78041 |
| HATZOLD PARTS AND SERVICE | | | 1907 EAST 24TH ST | | MISSION | Texas | 78574 |
| ISI - INTEGRATED SERVICES, INC. | | | 15115 SW SEQUOIA PARKWAY | SUITE 110 | PORTLAND | OR | 97224 |
| JEFERSON BANK | | | P.O. Box 5190 | | San Antonio | Texas | 78201 |
| LAREDO DODGE CHRYSLER JEEP RAM | | | 6320 Northeast Bob Bullock Loop | | Laredo | Texas | 78041 |
| MARINA RAMIREZ | | | | | | | |
| MARKETING DEPOT | | | 6318 Krone | Suite 6 | Laredo | Texas | 78041 |
| MKS FINANCIAL SERVICES | | | 201 E. Abram Street | Suite 120 | Arlington | Texas | 76010 |
| NOVA PRINTING | | | 1602 SANTA CLEOTILDE | | Laredo | Texas | 78040 |
| PATRIA OFFICE SUPPLY | | | 301 E. Carlton Rd | | Laredo | Texas | 78040 |
| POUL YOUNG | | | 3720 E. Saunders St | | Laredo | Texas | 78041 |
| PRESTIGE A/C | | | 5918 McPherson Road | Suite 12 | Laredo | Texas | 78041 |
| RGV INTEGRITY INSURANCE AGENCY | | | P.O. Box 534060 | | Harlingen | Texas | 78552 |
| ROBERTO GALVEZ | | | | | | | |
| ROMICA INC | | | 1812 Vinewood Oak Ct | | Laredo | Texas | 78045 |
| SAMES MOTOR CO | | | 6001 SAN DARIO AVE | | Laredo | Texas | 78041-2900 |
| SELECT PREMIUM FINANCE | RIO GRANDE VALLEY-INTEGRITY INS. AGENCY | | P.O. Box 534060 | | Harlingen | Texas | 78552 |
| SERVICE CHAMP | | | 1801 WOOLNER AVE | | Fairfield | Texas | 94533 |
| STAR TEX POWER EPAY | | | P.O. Box 650827 | | Dallas | Texas | 75265-0827 |
| TEXAS WORKFORCE COMMISSIO | | | PO BOX 149363 | | Austin | Texas | 78714-9363 |
| TOYOTA OF LAREDO | | | 6324 Northeast Bob Bullock | | Laredo | Texas | 78041 |

Service Stop Notice Parties

| Party | Contact Person | Contact Firm | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| TRIPLE J SUPER LUBE | | | 600 East Calton Rd | | Laredo | Texas | 78041 |
| TRIPLE J TRAVEL MART | | | 7120 Bob Bullock | | Laredo | Texas | 78041 |
| U S ENERGY | | | 5215 S. Zapata Hwy | | Laredo | Texas | 78041 |
| U S POSTAL SERVICE | | | 2700 E SAUNDERS | | Laredo | Texas | 78041 |
| UNITED ISD TAX OFFICE | | | 3501 E SAUNDERS | | Laredo | Texas | 78041 |
| WALMART | | | 2320 Northeast Bob Bullock | | Laredo | Texas | 78041 |
| WALTER C. KELLER | | | P.O. BOX 2555 | | McAllen | Texas | 78502 |
| WEBB COUNTY TAX ASSESSOR | | | 1000 Houston Street | | Laredo | Texas | 78040 |
| WIESEHAN SALES & SERVICES INC | | | P.O. BOX 579 | | Laredo | Texas | 78041 |
| WORKFLOWONE | | | PO BOX 676496 | | Dallas | Texas | 75267-6496 |
| United States Bankruptcy Court | | | 1300 Victoria Street | | Laredo | Texas | 78040-5019 |
| Carl M. Barto | | | RETURNED - no forwarding address | | | | |
| Carl Michael Barto | | Law Office of Carl M. Barto | 817 Guadalupe St. | | Laredo | Texas | 78040-5251 |
| City of Laredo | Christina Flores | Flores & Saucedo, PLLC | 5517 McPherson Rd. | Ste. 14 | Laredo | Texas | 78041-6687 |
| City of Laredo Tax Dept. | Christina Flores | Flores & Saucedo, PLLC | 5517 McPherson Rd. | Ste. 14 | Laredo | Texas | 78041-6687 |
| Commerce Bank | | | 5800 San Dario | | Laredo | Texas | 78041-3083 |
| Elizabeth Mary Guffy | | Locke Lord LLP | 2800 JPMorgan Chase Tower | 600 Travis Street | Houston | Texas | 77002-2914 |
| Freeman & Castillon | c/o Carlos Castillon | | 6909 Springfield Ave. | Ste. 300 | Laredo | Texas | 78041-2326 |
| Internal Revenue Service | | | P.O. Box 7317 | | Philadelphia | PA | 19101-7317 |
| Jordan, Hyden, Womble, Culbreth & Holzer PC | | | 500 N. Shoreline | Suite 900 | Corpus Christi | Texas | 78401-0341 |
| Laredo Community College | George R. Meurer | Kazen, Meurer & Perez | 211 Calle Del Norte | Ste 200 | Laredo | Texas | 78041-9130 |
| Laredo Community College | George R. Meurer | Kazen, Meurer & Perez | 211 Calle Del Norte | Ste 200 | Laredo | Texas | 78041-9130 |
| Law office of Carl M Barto | | | 817 Guadalupe | | Laredo | Texas | 78040-5251 |
| Service Stop, LP | | | 1519 Laredo St. | | Laredo | Texas | 78040-5347 |
| TEXAS WORKFORCE COMMISSION | Regulatory Integrity Division - SAU | | 101 E 15th St | Room 556 | Austin | Texas | 78778-0001 |
| The Laredo Community College | | | 211 Calle Del Norte | Ste 200 | Laredo | Texas | 78041-9130 |
| United I.S.D. | c/o Guillermo Alarcon | Hall, Quintanilla & Alarcon, L.C | 1302 Washington St. | | Laredo | Texas | 78040-4445 |
| United Independent School District | Alberto Alarcon | Hall, Quintanilla & Alarcon, L.C | 1302 Washington | | Laredo | Texas | 78040-4445 |
| United Independent School District | Alberto Alarcon | Hall, Quintanilla & Alarcon, L.C | 1302 Washington | | Laredo | Texas | 78040-4445 |
| US Trustee | Barbara Jue | | 606 N Carancahua | Suite 1107 | Corpus Christi | Texas | 78401-0680 |
| Walker Wilcox Matousek LLP | | South Tower Pennzoil Place | 711 Louisiana | Suite 3100 | Houston | Texas | 77002-2711 |
| Webb County | | Castillo, Montemayor & Solis, PC | 7718 McPherson Rd. | Ste. #F-105 | Laredo | Texas | 78045-2815 |
| Tank Owner Member Insurance Company | Robert Ferguson | | 1600 West Seventh Street | | Fort Worth | Texas | 76102-2505 |
| Select Premium | | | 102 N Washington | | El Campo | Texas | 77437 |
| ADVANCED AUTO PARTS | | | 3219 San Bernardo Ave | | Laredo | Texas | 78044 |
| AUTOZONE | | | 5419 MCPHERSON | | Laredo | Texas | 78045 |
| CINTAS CORPORATION | | | PO BOX 630921 | | Cinncinnati | Ohio | 45263-0921 |
| G&G AIR CONDITIONING | | | 117 ACADIA LOOP | | Laredo | Texas | 78045 |
| HOLLON OIL | | | P.O. BOX 8068 | | Weslaco | Texas | 78599-8068 |
| MCGEE COMPANY | | | 1140 S. JASON ST. | | Denver | CO | 80223-3133 |
| NAPA AUTO & TRUCK PARTS | | | 501 W. CALTON RD | | Laredo | Texas | 78041 |
| OFFICE OF THE ATTORNEY GENERAL | TX CHILD SUPPORT SDU | | PO BOX 659791 | | San Antonio | Texas | 78265-9791 |
| OREILLY AUTO PARTS | | | 4001 Jaime Zapata Highway | | Laredo | Texas | 78041 |
| PETROLEUM SOLUTIONS INC. | | | PO BOX 2346 | | McAllen | Texas | 78502 |
| VARIOS | | | | | | | |
| WALTER C. KELLER DISTRIBUTOR, INC. | Charlie Shears | | 712 Main Street | 29th Floor | Houston | Texas | 77002 |
| Texas Alcoholic Beverage Commission | | | P.O. Box 13127 | | Austin | Texas | 78711 |
| Texas Commission on Environmental Quality | | | P.O. Box 13087 | | Austin | Texas | 78711-3807 |
| Texas Comptroller | | | PO Box 13528, Capitol Station | | Austin | Texas | 78711-3528 |
| Texas Department of Agriculture | | | PO Box 12847 | | Austin | Texas | 78711-2847 |
| Texas Department of State Health Services | Abusable Volatile Chemicals, MC 1987 | | P. O. Box 149347 | | Austin | Texas | 78714-9347 |
| Texas Lottery Commission | | | 611 East 6th Street | | Austin | Texas | 78701 |
| 1/4 MILE GRAPHICS | | | 6420 POLARIS DR. STE.4 | | Laredo | Texas | 78041 |

Service Stop Notice Parties

| Party | Contact Person | Contact Firm | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL TRADING LLC | | | 13492 Port Dr | | Laredo | Texas | 78045 |
| AMERIGAS | | | PO BOX 371473 | | Pittsburgh | PA | 15250-7473 |
| AT&T | | | 930 Main Street | Suite 103 | Houston | Texas | 77002 |
| BEN E KEITH CO. | David Greenlee | Corporate Secretary and General Co | 5505 Kaepa Court | | San Antonio | Texas | 78218 |
| BEST BUY | | (956)728-6989 | 2455 Monarch Dr | | Laredo | Texas | 78045 |
| BIMBO | | | RETURNED - no forwarding address | | | | |
| BLUE BELL CREAMERIES | | BLUE BELL CREAMERIES | PO BOX 973601 | | Dallas | Texas | 75397-3601 |
| BONAFONT | MALDONADO DISTRIBUTING | | 145 LOS FRESNOS LOOP | | Laredo | Texas | 78046 |
| BORDEN DAIRY COMPANY | | | 14211 Distribution Ave | | Laredo | Texas | 78045 |
| CAVAZOS CANDY PROD & GROCERY WHOLESALE | | CAVAZOS CANDY PRODUCE & GI | 2805 SAN BERNARDO AVE. | | Laredo | Texas | 78040 |
| CENTERPOINT ENERGY | | | PO BOX 2628 | | Houston | Texas | 77252-2628 |
| CHAMPION FINE MEATS | | | 1520 Sherman St | | Laredo | Texas | 78040 |
| CHAPARRAL DISTRIBUTING LLC | | | P.O. BOX 301551 | | Dallas | Texas | 75303-1551 |
| CITY OF LAREDO UTILITIES | | | PO BOX 6548 | | Laredo | Texas | 78042 |
| CNA SURETY | | | 5151 San Felipe Avenue | Suite 1800 | Houston | Texas | 77056 |
| COCA-COLA REFRESHMENTS | LAREDO SALES CENTER | | PO BOX 840232 | | Dallas | Texas | 75284-0232 |
| COMMERCIAL WASHING SYSTEMS INC. | | | 20312 HOLZWARTH RD. | | Spring | Texas | 77388 |
| DELI EXPRESS | | | 16101 W. 78th St | | Eden Prairie | MN | 55344 |
| Deluxe Business Checks & Solutions | | | PO BOX 64468 | | St. Paul | MN | 55164-4468 |
| DOLLAR TREE STORES, INC. | | | 5410 San Bernardo | | Laredo | Texas | 78040 |
| E.A. SWEEN  (Deli Express) | | | 16101 W. 78th St | | Eden Prairie | MN | 55344 |
| ECOLAB PEST ELIM | | | 26252 NETWORK PLACE | | Chicago | IL | 60673-1262 |
| EL COMPETIDOR RESTRAUNT SUPPLIES | | | 1302 CONVENT AVE. | | Laredo | Texas | 78040 |
| EL DIARIO DE NUEVO LAREDO | | | 1302 Convent Ave | | Laredo | Texas | 78040 |
| EL MANANA | | | 6010 McPherson Rd | Suite 300 | Laredo | Texas | 78041 |
| EXQUISITA TORTILLAS, INC. | | | RETURNED - no forwarding address | | | | |
| FARMER BROTHERS  CO | | | PO BOX 79705 | | City Of Industry | CA | 91716-9705 |
| FASTRAX POS | | | 195 Lake Louise Marie Road | | Rock Hill | NY | 12775 |
| Federal Withholding | | | | | | | |
| FRED FLORES | | | 401 East Hillside Road | | Laredo | Texas | 78041 |
| FRITO-LAY | | | 75 REMITTANCE DR. SUITE 1217 | | Chicago | IL | 60675-1217 |
| GALLEGOS INTERNACIONAL | | | 308 Iturbide St | | Laredo | Texas | 78040 |
| GEHL'S HOT TOP2 DISPENSER PROGRAM | a/k/a Sysco Houston | | 535 Port Wall | | Houston | Texas | 77029 |
| GRUPO PETROGAS, L.L.C. | | | 3200 ASH AVENUE | | McAllen | Texas | 78501 |
| H E B | | | 1911 Northeast Bob Bullock | | Laredo | Texas | 78041 |
| HEIGHTS MEAT MARKET | | | 3119 TILDEN | | Laredo | Texas | 78040 |
| IBC MERCH BNKCD | | | 2320 Northeast Bob Bullock | | Laredo | Texas | 78041 |
| ICE CREAM MAN PLACE, INC. | | | 417 Market St | | Laredo | Texas | 78041 |
| INTERNATIONAL BEVERAGES INC. | | | 1901 ADUANALES | | Laredo | Texas | 78041 |
| JAVIER ESPINOZA | | | | | | | |
| JESSIE'S DIST. CHICHARRONES | | | P.O. BOX 2333 | | Laredo | Texas | 78044 |
| JOE'S ELECTRIC | | | 3029 POTOMAC LOOP | | Laredo | Texas | 78046 |
| KRAMER FOX | | | PO BOX 151752 | | Austin | Texas | 78715 |
| LABBATT FOOD SERVICE | | | 6650 Pine Vista Lane | | Houston | Texas | 77092 |
| LAREDO MORNING TIMES | ADAN GONZALEZ | | 111 Esperanza Dr | | Laredo | Texas | 78041 |
| LAREDO PACKING DISTRIBUTION | | | 3219 DAVIS AVE. | | Laredo | Texas | 78041 |
| LF DISTRIBUTION | | | 410 Crossroads Loop | | Laredo | Texas | 78045 |
| MACYS | | | 5300 San Dario Mall | | Laredo | Texas | 78041 |
| MALDONADO DISTRIBUTING | | | 145 Los Fresnos Loop | | Laredo | Texas | 78046 |
| MANUEL TELLEZ | | | RETURNED - no longer in business, no forwarding address | | | | |
| MARIA E. VAZQUEZ | | | | | | | |
| MAURO G MARTINEZ | | | 3703 MINTHILL DR. | | San Antonio | Texas | 78230 |
| MCLANE SOUTHWEST | | | PO BOX 6138 | | Temple | Texas | 76503 |

Service Stop Notice Parties

| Party | Contact Person | Contact Firm | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Medicare Company | | | | | | | |
| MILK PRODUCTS, LLC | | | PO BOX 972430 | | Dallas | Texas | 75397 |
| OAK FARMS SAN ANTONIO | | | PO BOX 200349 | | Dallas | Texas | 75320 |
| OFFICE DEPOT | | | 5718 N. SAN BERNARDO AVE | | Laredo | Texas | 78041 |
| ON TARGET INVENTORY SERVICES | | | | | | | |
| PAYSPOT INC | | | 3500 College Blvd | | Leawood | KS | 66211 |
| PEPSI BEVERAGE COMPANY | | | 9300 La Porte Frwy | | Houston | Texas | |
| PFG | | | 204 N. BROWNSON | PO BOX 1219 | Victoria | Texas | 77902-1219 |
| PLASTIC CENTER DISTRIBUTION | | | RETURNED - no forwarding address | | | | |
| PRODMEX | | | 1315 Central Ave S | | Kent | WA | 98032 |
| R&R DISTRIBUTORS | | | 1702 PRIMOSE | | Mission | Texas | 78572 |
| REDDY ICE | | | 4301 Jaime Zapata | | Laredo | Texas | 78403 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY LLC | | | 434 45TH STREET | | Corpus Christi | Texas | 78405 |
| REX TORTILLA FACTORY | | | RETURNED - no forwarding address | | | | |
| SABRINA'S INC. | | | 8680 SAN LORENZO DR. | | Laredo | Texas | 78045 |
| SAN ANTONIO EXPRESS-NEWS | | | RETURNED - no forwarding address | | | | |
| SANDY'S | | | 8680 SAN LORENZO DR. | | Laredo | Texas | 78045 |
| SOUTHERN CROSS UNDERWRITERS | | | 13105 Northwest Freeway | Suite 950 | Houston | Texas | 77040 |
| SDI FUEL SERVICES | Charlie Shears | | 712 Main Street | 29th Floor | Houston | Texas | 77002 |
| Social Security Company | | | | | | | |
| SONIA'S DISTRIBUTION, INC | | | 8680 SAN LORENZO DR. | | Laredo | | 78045 |
| SOUTH TEXAS DISTRIBUTION | | | 3219 DAVIS AVE. | | Laredo | Texas | 78040 |
| SOUTH TEXAS GLASS | | | 602 E. SAN JOSE | | Laredo | Texas | 78040-1441 |
| SOUTHERN DISTRIBUTING | | | 220 GUADALUPE ST. | | Laredo | Texas | 78042 |
| SOUTHERN SANITATION | | | PO BOX 333 | | Laredo | Texas | 78042-0333 |
| STATE HIGHWAY FUND | TEXAS DEPARTMENT OF TRANS | RIGHT OF WAY DIVISION | PO BOX 13043 | | Austin | Texas | 78711-3043 |
| TEXAS CALIBATRION SERVICES | | | 1017 MERRIMACK LP | | Laredo | Texas | 78046 |
| THE CD HARTNETT COMPANY | | | 302 N. MAIN | | Weatherford | Texas | 76086 |
| THE HOUSE OF RENTALS | | | 3901 MCPHERSON | | Laredo | Texas | 78041 |
| TJ VENTURES | | | 1110 Faragut St | | Laredo | Texas | 78040 |
| TOM'S | | | RETURNED - no forwarding address | | | | |
| TORTILLAS SANTOS | | | 606 Amistad Dr | | Laredo | Texas | 78041 |
| U.S ENERGY SAVING CORP | | | PO BOX 4641 | | Houston | Texas | 77210-4641 |
| VASQUEZ APPLIANCE REPAIRS | | | 3516 1/2 GALVESTON ST. | | Laredo | Texas | 78043 |
| VIVA DISTRIBUTING LLC | | | PO BOX 203836 | | Houston | Texas | 77216-3836 |
| WALMART | | | 2320 Northeast Bob Bullock | | Laredo | Texas | 78041 |
| WHITAKER VENT HOOD CLEANING | | | 4001 MOODY DR | | Montgomery | Texas | 77316 |